UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DEBORAH JEANE PALFREY

           PLAINTIFF,

VS.

CHARLES SCHWAB & CO., INC. ET AL,

           DEFENDANTS.
_____/

CASE NO.: 1:06-CV-01961-CKK

MOTION TO DISMISS DEFENDANTS CHARLES SCHWAB & CO., INC., CHARLES SCHWAB BANK, N.A.

    Plaintiff, Deborah Jeane Palfrey, moves to dismiss Defendants Charles Schwab & Co., Inc., Charles Schwab Bank, N.A. as parties in this lawsuit, and for grounds in support thereof states:

    Subsequent to the filing of this action, Plaintiff was advised and has confirmed that there is a valid arbitration agreement between her and Defendants Charles Schwab & Co., Inc. and Charles Schwab Bank, N.A.

    Accordingly, Plaintiff cannot proceed against Defendants Charles Schwab & Co., Inc., and Charles Schwab Bank, N.A.

    WHEREFORE, Plaintiff requests an order dismissing Defendants Charles Schwab & Co., Inc. and Charles Schwab Bank, N.A. from this action.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Paul J. Lambert, Attorney for Wells Fargo, Bingham McCutchen this December 31, 2006.

**MONTGOMERY BLAIR SIBLEY**
*Attorney for Plaintiff Deborah Jeane Palfrey*
50 West Montgomery Avenue, Suite B-4
Rockville, MD 20850-4216
Voice/Fax:  (202) 478-0371


By:  /s/ Montgomery Blair Sibley
     Montgomery Blair Sibley
     D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DEBORAH JEANE PALFREY

          PLAINTIFF,

VS.

CHARLES SCHWAB & CO., INC. ET AL,

          DEFENDANTS.
_____/

CASE NO.: 1:06-CV-01961-CKK

**ORDER ON MOTION TO DISMISS DEFENDANTS CHARLES SCHWAB & CO., INC., CHARLES SCHWAB BANK, N.A.**

On the motion of Plaintiff for an Order on her Motion to Dismiss Defendants Charles Schwab & Co., Inc.and Charles Schwab Bank, N.A.:

IT IS ORDERED that the motion is Granted.

DONE AND ORDERED in Chambers, Washington, D.C. this ____ day of _____, 2007.

          By: _____
                  United States District Judge

Copies to:

Montgomery Blair Sibley
Paul J. Lambert