UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH JEANE PALFREY,<br>        Plaintiff,<br><br>    v.<br><br>CHARLES SCHWAB & CO., INC., et al.,<br>        Defendant. | )<br>)<br>)<br>)<br>)  **Case No. 1:06-CV-01961-GK**<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Stephen P. Anthony, Covington & Burling LLP, 1201 Pennsylvania Avenue, NW, Washington, DC 20004, as counsel for Defendant Wells Fargo & Company in the above-captioned case.

.

    Respectfully submitted,

      /s/ Stephen P. Anthony
    Stephen P. Anthony (D.C. Bar No. 426536)
    COVINGTON & BURLING LLP
    1201 Pennsylvania Ave. NW
    Washington, D.C. 20004
    tel: 202-662-6000

    *Counsel for Defendant*
    *Wells Fargo & Company*

January 5, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to Local Civil Rule 5.4(d), a copy of the foregoing Notice of Entry of Appearance was served upon Montgomery Blair Sibley, Counsel for Plaintiff Deborah Jeane Palfrey, on this date of January 5, 2007.

    /s/ Stephen P. Anthony
Stephen P. Anthony (D.C. Bar No. 426536)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, D.C. 20004
tel: 202-662-6000

*Counsel for Defendant*
*Wells Fargo & Company*