UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBORAH JEANE PALFREY,<br>  Plaintiff,<br><br>  v.<br><br>CHARLES SCHWAB & CO., INC., et al.,<br>  Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:06-CV-01961-GK<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION OF DEFENDANT WELLS FARGO & CO.
TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 7(b), Defendant Wells Fargo & Company hereby moves for an extension, to February 16, 2007, of the time within which to answer or otherwise respond to the complaint in the above-captioned matter. Plaintiff filed her complaint on November 16, 2006. Defendant Wells Fargo & Company has waived service of a summons. The current deadline to answer or otherwise respond to the complaint is January 17, 2007. The reason for the requested extension is to accommodate the work schedule of undersigned counsel and to enable counsel to prepare an appropriate response to the complaint.

Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Plaintiff Deborah Jeane Palfrey, who consented to this request for an extension. This extension will not affect any other deadlines in the case and will not prejudice either party. Accordingly, Defendant Wells Fargo & Company requests that its deadline to respond to the complaint be extended by thirty days until February 16, 2007.

- 2 -

A proposed order is submitted herewith.

                                    Respectfully submitted,

                                    /s/ Stephen P. Anthony
                                  Stephen P. Anthony (D.C. Bar No. 426536)
                                  COVINGTON & BURLING LLP
                                  1201 Pennsylvania Ave. NW
                                  Washington, D.C. 20004
                                  tel: 202-662-6000

                                  *Counsel for Defendant*
                                  *Wells Fargo & Company*

January 5, 2007

## **CERTIFICATE OF SERVICE**

       I hereby certify that, pursuant to Local Civil Rule 5.4(d), a copy of the foregoing Unopposed Motion of Defendant Wells Fargo & Company to Extend the Time to Respond to the Complaint was served upon Montgomery Blair Sibley, Counsel for Plaintiff Deborah Jeane Palfrey, on this date of January 5, 2007.

     /s/ Stephen P. Anthony
Stephen P. Anthony (D.C. Bar No. 426536)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, D.C. 20004
tel: 202-662-6000

*Counsel for Defendant*
*Wells Fargo & Company*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBORAH JEANE PALFREY,<br>      Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., et al.,<br>      Defendant. | **Case No. 1:06-CV-01961-GK** |

## **ORDER**

Upon consideration of the Unopposed Motion of Defendant Wells Fargo & Company to Extend the Time to Respond to the Complaint, and the Plaintiff's consent thereto, it is hereby

ORDERED that the motion is GRANTED, and that the Answer of Defendant Wells Fargo & Company shall be due on February 16, 2007.

SO ORDERED.

---

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Dated: _____