UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DEBORAH JEANE PALFREY

            PLAINTIFF,

VS.

WELLS FARGO & COMPANY,

            DEFENDANT.
_____/

CASE NO.: 1:06-CV-01961-CKK

NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff, Deborah Jeane Palfrey, hereby gives notice of her voluntary dismissal of this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) noting that subsequent to the filing of this action, Plaintiff was advised and has confirmed that there is a valid arbitration agreement between her and Defendant Wells Fargo & Company. Accordingly, Plaintiff cannot proceed against Defendants Wells Fargo & Company in this Court.

    WHEREFORE, Plaintiff voluntary dismisses this action with prejudice.

### CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Stephen Pierce Anthony, Covington & Burling this February 13, 2007.

**MONTGOMERY BLAIR SIBLEY**
*Attorney for Plaintiff Deborah Jeane Palfrey*
50 West Montgomery Avenue, Suite B-4
Rockville, MD 20850-4216
Voice/Fax: (202) 478-0371


By: /s/ Montgomery Blair Sibley
      Montgomery Blair Sibley
      D.C. Bar #464488